## Pioneer Amusement Corporation, Appellant, v. New Rio Theatre Company, Appellee.

### Gen. No. 43,919.

opinion
filed April 21, 1947; released for publication May 5, 1947. Wm. C. Scherwat and Daniel H. Lewis, for appellant; Epstein, Arvey, Ziffren & Mantynband, for appellee; George L. Siegel, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.